IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH COSSEY                                                                          PLAINTIFF

v.                      No: 3:19-cv-00068 KGB-PSH

CRAIGHEAD COUNTY JAIL, *et al.*                              DEFENDANTS

## ORDER

      An amended complaint listing Joseph Cossey as a plaintiff was filed in this case (Doc. No. 10). However, the amended complaint was not signed by Cossey and is therefore STRICKEN from the record. *See* Fed. R. Civ. 11(a) (every pleading "must be signed … by a party personally if the party is unrepresented); Local Rule 5.5(c)(2). Cossey must still file an amended complaint as directed by this Court's April 17, 2019 Order (Doc. No. 8).

      IT IS SO ORDERED this 26th day of April, 2019.

                                                         UNITED STATES MAGISTRATE JUDGE