IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH COSSEY                                                                                           PLAINTIFF

v.                                    No: 3:19-cv-00068 KGB-PSH

CRAIGHEAD COUNTY JAIL, *et al.*                                                      DEFENDANTS

## ORDER

Before the Court is a motion by Plaintiff Joseph Cossey to consolidate this case with several other pending cases against defendants at the Craighead County Detention Facility (Doc. No. 17). Although the defendants are mostly the same in each case and the cases raise the same claims, the Court finds that consolidation is not appropriate at this time. At least two plaintiffs have been released (*see* Doc. No. 15 stating that Billie Jo Cossey and Marcus Warren have been released). Each plaintiff must sign each pleading and may not represent another *pro se*. Only attorneys can represent other individuals in Court proceedings. *See Matter of Green,* 586 F.2d 1247, 1251, n. 5 (8th Cir. 1978). Additionally, if defendants raise exhaustion of available administrative remedies as a defense, each plaintiff must file his or her own response. Accordingly, Cossey's motion to consolidate is DENIED without prejudice.

IT IS SO ORDERED this 13th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE