**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOSEPH COSSEY**                                                                                          **PLAINTIFF**

**v.**                                             **Case No. 3:19-cv-00068-KGB**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                              **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are the Proposed Findings and Partial Recommendation ("First Recommendation") and the Proposed Findings and Recommendation ("Second Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 14, 37). In the First Recommendation, Judge Harris recommends that plaintiff Joseph Cossey's claims against defendant Keith Harold be dismissed without prejudice and that Mr. Cossey's claims based on verbal threats be dismissed without prejudice. In the Second Recommendation, Judge Harris recommends that the motion to dismiss filed by defendants Jail Administrator Keith Bowers, Sheriff Marty Boyd, and Assistant Jail Administrator T. Raymond be granted and that Mr. Cossey's complaint be dismissed without prejudice. No objections have been filed to either the First Recommendation or the Second Recommendation, and the time for filing objections has passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendations.

Accordingly, the Court adopts the First Recommendation and the Second Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. Nos. 14, 37). The Court grants the motion to dismiss filed by defendants Bowers, Boyd, and Raymond (Dkt. No. 30). The Court dismisses Mr. Cossey's complaint and amended complaint without prejudice.

It is so ordered this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge