THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH COSSEY                                                              PLAINTIFF

v.                          Case No. 3:19-cv-00068-KGB

CRAIGHEAD COUNTY JAIL, *et al.*                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Joseph Cossey's claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge